# Executive Grant of Clemency

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

### PATRICK LEE SWISHER

### A FULL AND UNCONDITIONAL PARDON

**FOR HIS CONVICTION** in the United States District Court for the Western District of North Carolina on an information (Docket No. 3:02CR20) charging violations of Section 1001, Title 18, and Section 7206(1), Title 26, United States Code, for which he was sentenced on October 15, 2002, to 30 months' imprisonment, two years' supervised release, a $5,000 fine, and a $200 special assessment.

**I HEREBY DESIGNATE**, direct, and empower the Acting Pardon Attorney, as my representative, to sign a grant of clemency to the person named herein. The Acting Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

**IN TESTIMONY WHEREOF**, I have hereunto caused this Pardon to be recorded with the Department of Justice.



*Done at the City of Washington in the District of Columbia this Nineteenth day of January in the year of our Lord Two Thousand and Twenty-one and of the Independence of the United States the Two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
**PRESIDENT**